United States District Court
Southern District of Texas
**ENTERED**
March 03, 2026
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

| | |
|---|---|
| Alex Javier Quilumba Collaguazo § § § | |
| *versus* § | Civil Action 5:26–cv–00302 |
| § § § | |
| Mario Garcia § | |

## ORDER OF REFERENCE TO MAGISTRATE JUDGE

Notice that the above-captioned case is referred to the assigned United States Magistrate Judge to conduct all pretrial proceedings in the case, including non-dispositive hearings and rulings and Rule 26(f), pretrial, and settlement conferences, in accordance with 28 U.S.C. Section 636(b)(1) and the Cost and Delay Reduction Plan under the Civil Justice Reform Act.

It is so ORDERED.

Signed on the 3rd of March 2026.

_____
John A. Kazen
United States District Judge