United States District Court
Southern District of Texas
**ENTERED**
July 21, 2026
Nathan Ochsner, Clerk

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS
### LAREDO DIVISION

| | | |
|---|---|---|
| ALEX JAVIER QUILUMBA COLLAGUAZO, | § § § | |
| Petitioner, | § § | |
| V. | § § | CIVIL ACTION NO. 5:26-CV-00302 |
| MARIO GARCIA, ET AL., | § § § | |
| Respondents. | § | |

### FINAL JUDGMENT

For the reasons and in the manner set forth in the Court's prior Memorandum Opinion & Order, (Dkt. No. 20), Respondents' Motion for Summary Judgment, (Dkt. No. 10), was granted. Petitioner's Verified Petition for Writ of Habeas Corpus, (Dkt. No. 1), was denied. All other relief requested by Petitioner was denied.

Following the Court's Order, no live claims remain in this case.

The Clerk of the Court is **DIRECTED** to **TERMINATE** this case.

This is a **FINAL JUDGMENT**.

It is so **ORDERED**.

**SIGNED** on July 21, 2026.

John A. Kazen
United States District Judge